# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| James Cropper, Jr., | ) | |
| Plaintiff, | ) ) ) | **AMENDED ORDER** |
| vs. | ) ) ) | |
| Northern Truck Equipment Corporation and Monroe Truck Equipment, Inc., | ) ) ) | Case No. 1:17-cv-160 |
| Defendants. | ) | |

The undersigned held a telephonic status conference in the above-captioned action on February 5, 2019. Pursuant to the undersigned's discussions with the parties, it is **ORDERED**:

1. The final pretrial conference scheduled for February 19, 2019, shall be rescheduled for April 17, 2019, at 10:30 a.m. by telephone. The court shall initiate the conference call.

2. The jury trial scheduled for March 4, 2019, shall be rescheduled for April 29, 2019, at 1:30 p.m. in Bismarck before Chief Judge Hovland (courtroom #1, 5 days).

3. Each party shall have until March 1, 2019, to file a response to the other's motion in limine.

Dated this 5th day of February, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court